*Copy*

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Briscoe, Mary B | 2. Court or Organization U.S.Court of Appeals, 10th Cir | 3. Date of Report 08/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge/Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 645 Massachusetts, Suite 400 Lawrence, Kansas 66044 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. '84-presen | Kansas Public Employees Retirement System (KPErS)-Judges'Retirement Program -vested |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 16 A 10: 51 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | KU Law School-Director, Legal Aid Clinic |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capitol Federal - savings | C | Interest | M | T | | | | | |
| 2. Captiol Federal -checking | A | Interest | J | T | | | | | |
| 3. Captiol Federal - CDs | C | Interest | M | T | | | | | |
| 4. Fidelity Annnuity (formerly Vanguard Variable Annuity) | C | Interest | L | T | | | | | |
| 5. ING-IRA (formerly Aetna) | B | Interest | K | T | | | | | |
| 6. ING-SEP (formerly Aetna) | D | Interest | M | T | | | | | |
| 7. ING-Deferred comp (formerly Aetna) | D | Interest | N | T | | | | | |
| 8. ING-CAB-KsBdRegentsRet.(def.comp) formerly Aetna) | D | Interest | M | T | | | | | |
| 9. Mun.bond (Denham Spgs) | B | Interest | K | T | | | | | |
| 10. USAA-Subscr. svgs. | A | Dividend | J | T | | | | | |
| 11. Ks.Tax. Ex.Tr.Fd. | A | Dividend | J | T | | | | | |
| 12. H. Davidson - stock | A | Dividend | K | T | | | | | |
| 13. Metro West Total Retn. (form. AIM Lifetime Plus II Annuity) | B | Interest | K | T | Transferred | 09/26 | K | | |
| 14. Alliance Health Care Fund | B | Dividend | | T | Sell | 01/24 | J | C | |
| 15. I SHARES TR S&P stock | A | Dividend | | T | Sell | 02/03 | K | | |
| 16. Harbor Bond Fund | | None | | T | Sell | 10/19 | K | | |
| 17. Dodge & Cox Stock Fund (MBB) | D | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    3d Ave. International Fund (CAB) | B | Dividend | K | T | | | | | |
| 19.    Vanguard Intermediate Term - Mun. Bond Fd | C | Dividend | L | T | | | | | |
| 20.    Cowley Co. USD 470 - bonds | B | Interest | | T | Redeemed | 12/01 | K | | |
| 21.    Sedgwick Co. Ks. School Bond | B | Interest | | T | Redeemed | 11/01 | K | | |
| 22.    Johnson Co. KS School Bond | B | Interest | K | T | | | | | |
| 23.    Fidelity Interm. Muni. Inc. | B | Dividend | K | T | | | | | |
| 24.    Dodge & Cox International | A | Dividend | K | T | | | | | |
| 25.    T. Rowe Price Health Sciences | A | Dividend | K | T | Buy | 01/24 | J | | |
| 26.    Centerpoint Energy | A | Dividend | J | T | | | | | |
| 27.    Fidelity Contra Fund | A | Dividend | L | T | Bought | 02/03 | K | | |
| 28.    Federal Home Loan Mtg. Corp. Mtn. | A | Interest | K | T | Bought | 02/24 | K | | |
| 29.    Wichita KS Sales Tax Rev. Bond | A | Interest | K | T | Bought | 04/27 | K | | |
| 30.    Fidelity Spartan Muni Income | A | Dividend | K | T | Bought | 10/19 | K | | |
| 31.    Fidelity Spartan Muni Income | A | Dividend | K | T | Bought | 12/20 | K | | |
| 32.    Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 33.    Mesirow Cash Reserves | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B | 08/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

CORRECTION NOTE:

On my 2005 report in Section VII, I listed the assets then numbered 10 and 13, USAA-Tax ex. Long Term and Sun America Money Market, respectively, as having year-end values when these assets were both also indicated as sold during 2005. Column C (gross value at end of year) for each of these assets should have indicated that these two assets had no year-end value and hence, these assets do not appear on this year's (2006) report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[BLACKED OUT]  Date  August 8, 2007

NOTE: A[BLACKED OUT] OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544